### 3573.   JONES *v.* O'PRY *et al.*

HILL, C. J.  No error of law is complained of, and, the question made by the record being only an issue of fact, on which the evidence was sufficient to support the verdict, there was no error in overruling the motion for a new trial.                     *Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Levy and claim; from city court of Jeffersonville—Judge Shannon. May 24, 1911.

*J. D. Shannon, L. D. Moore,* for plaintiff in error.

*H. T. Griffin, R. A. Harrison,* contra.

---

### 3587.   MOORE *v.* KENDALL.

HILL, C. J.  The presumption of ownership arising from the recital made by the levying officer in the entry of the levy, that the property levied upon was in the possession of the defendant in fi. fa. at the time of the levy, was fully rebutted by the undisputed evidence in behalf of the claimant. The verdict in the justice's court finding the property subject was contrary to law, because it was without any evidence to support it, and in direct conflict with the undisputed evidence. The certiorari by the claimant should have been sustained by the judge of the superior court.                     *Judgment reversed.*

DECIDED JANUARY 15, 1912.

Certiorari; from Paulding superior court—Judge Edwards. April 27, 1911.

*C. D. McGregor,* for plaintiff in error.  *F. M. Richards,* contra.